**Order entered December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01476-CV

### IN THE INTEREST OF H.D.V., JR. AND B.V., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04711**

## ORDER

Before the Court is appellant's December 11, 2014 Notice of Vacated Judgment and New Judgment Entered. Appellant asks this Court to notify the Dallas County District Clerk's Office and Court Reporter that the deadline for the filing of the records is now changed. Appellant states that she will file post-judgment motions to extend the appellate deadline. We **GRANT** the motion **TO THE EXTENT** that any period under the rules of appellate procedure that runs from the date when the judgment is signed will run from the date when the modified judgment is signed. *See* TEX. R. APP. P. 4.3(a).

/s/      ELIZABETH LANG-MIERS
         JUSTICE